UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 04-294-001 (JLL) |
| CARL DI MASI | : | O R D E R |

This matter having come before the Court based on a letter submitted by defendant Carl Di Masi dated April 16, 2010 and filed on April 22, 2010, requesting the early termination of his probationary sentence and after consideration of the response by Donna Gallucio, Assistant U.S. Attorney, on behalf of the United States, by letter dated and filed on April 27, 2010, recommending early termination, and for good and sufficient cause having been shown;

It is on this __28th__ day of April, 2010,

ORDERED that defendant Carl Di Masi's request for early termination of his probationary sentence is hereby GRANTED.

HON. JOSE L. LINARES
United States District Judge